IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANITRA ELLERBY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:05cv00208 ) |
| COVANCE, INC., | ) Judge Thomas A. Wiseman, Jr. ) |
| Defendant. | ) |

### ORDER

Before the Court is Defendant Covance, Inc.'s Motion for Summary Judgment (Doc. No. 9-1) as to Plaintiff's race discrimination claim arising under the Tennessee Human Rights Act, Tenn. Code Ann. § 4-21-311. Plaintiff filed a Response in Opposition to Defendant's Motion for Summary Judgment (Doc. No. 12) and Defendant has filed a Reply (Doc. No. 14). The matter is ripe for consideration.

For the reasons set forth in the accompanying Memorandum Opinion, the Court finds that there is no genuine issue of material fact and Defendant is entitled to a judgment as a matter of law as to Plaintiff's claim for discrimination under the Tennessee Human Rights Act. Defendant's Motion for Summary Judgment (Doc. No. 9-1) is therefore **GRANTED** and this action is hereby **DISMISSED**. All pending deadlines are stricken from the docket.

It is so **ORDERED**.

This is a final judgment pursuant to Fed. R. Civ. P. 58.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge